FRANCIS H. KANE et al., Respondents, v. TILTON E. COE et al., Defendants, and RALPH RAYMOND et al., Appellants.— Order entered February 13, 1952, affirmed, without costs of this appeal to any party. Order entered April 17, 1952, reversed on the law, without costs, and motion granted, without costs, with leave to defendants, Ralph Raymond and Alvira M. Raymond, to answer within ten days after service of a copy of the order herein. Memorandum: The motion by defendants Raymond directed to the sufficiency of the first cause of action of the amended complaint was denied by the Special Term decision of February 2, 1952. The defendants as a matter of right could serve an answer thereafter and "before the expiration of ten days after service of notice of the entry of the order deciding the motion" (Civ. Prac. Act, § 283). Since the defendants were not in default on February 5, 1952, the judgment as to the defendants Raymond, granted by default as of that date, was improper and must be vacated (*Ladd* v. *Stevenson,* 112 N. Y. 325, 332), with leave to said defendants to serve answer within ten days. All concur. (Appeal from an order of Oswego Special Term denying motion by defendants Raymond to dismiss plaintiffs' first cause of action; also appeal from order of Oswego Special Term denying motion by same defendants to vacate a judgment entered against them.) Present — Taylor, P. J., McCurn, Kimball, Piper and Wheeler, JJ.

DON J. MATTARO et al., Appellants, v. STATE OF NEW YORK, Respondent. (Motion No. 2046.) — Order affirmed, without costs of this appeal to any party. All concur. (Appeal from an order denying claimants' motion for permission to file claims against the State.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIMOTHY E. MOORE, Appellant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, et al., Respondents.— Order affirmed, without costs of this appeal to any party. (See *Matter of Pizza* v. *Lyons,* 278 App. Div. 65, affd. 303 N. Y. 736.) All concur. (Appeal from an order denying the relief sought in the petition for a writ of habeas corpus and remanding relator to the custody of the warden of Auburn State Prison.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ.

In the Matter of ROBERT COLEGROVE, Petitioner, against DEPARTMENT OF PUBLIC WORKS OF THE STATE OF NEW YORK et al., Respondents.— Determination confirmed, without costs. All concur. (Review of a determination of the Department of Public Works adjudging that a qualified abandonment of a certain town highway would not cause hardship to owners of adjoining lands, and allowing a qualified abandonment.) Present — Taylor, P. J., McCurn, Vaughan, Piper and Wheeler, JJ. [See *post,* p. 1034.]